STATE OF MONTANA EX REL. JACK STANDLEY, RELATOR,
*v.* STATE BOARD OF PARDONS, IN AND FOR THE STATE
OF MONTANA AND E. C. ELLSWORTH, JR., WARDEN OF
THE MONTANA STATE PRISON, RESPONDENTS.

No. 10856.
Decided September 16, 1964.
395 P.2d 243.

Anthony Keast (argued), Missoula, for appellant.

PER CURIAM:

Original proceeding. This is an application for a writ of habeas corpus or other appropriate writ brought by Jack Standley, an inmate of the Montana State Prison, appearing by counsel.

The application is denied and the proceeding is dismissed.

THE STATE OF MONTANA EX REL. EARL A. FOSTER AND
LOIS E. FOSTER, RELATORS, *v.* THE DISTRICT COURT
OF THE FIRST JUDICIAL DISTRICT, IN AND FOR THE COUNTY OF
LEWIS AND CLARK, AND THE HONORABLE LESTER H.
LOBLE, DISTRICT JUDGE, AND THE HONORABLE VICTOR
H. FALL, DISTRICT JUDGE, RESPONDENTS.

No. 10919.
Decided January 29, 1965.
398 P.2d 470.

PER CURIAM:

This is an original proceeding seeking a writ of supervisory control or other appropriate relief.

The application is denied, without prejudice, and the proceeding is dismissed.